# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2174

Tuomas Mirtti v. Kristina Mirtti

(U.S. District Court No.: 1-24-cv-00077)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   July 09, 2024
CLW/cc:  Elisabeth Bennington, Esq.
         Linda S. Gardner, Esq.
         Brandy S. Lonchena,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate